J S - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MIDDLESEX INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> Green Building Technologies, Inc., et al., <br><br> Defendant. | Case 5:25-cv-2704-JGB-E <br><br> *Honorable Jesus G. Bernal* <br><br> **JUDGMENT** |

**<u>JUDGMENT</u>**

Pursuant to the Court's Orders entered substantially contemporaneously, and after considering the papers filed in support of and in opposition to Plaintiff's Motion for Summary Judgment and Motion for Default Judgment, and good cause appearing, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion for Summary Judgment is **GRANTED**.

2. Plaintiff's Motion for Default Judgment is **GRANTED**.

3. Judgment is **ENTERED** in favor of Plaintiff and against Defendants KTM North America, Inc.; Craig Behl; Charisse Wells; and Green Building Technologies, Inc.

4. The Court **DECLARES** that Plaintiff owes no duty to defend Defendants

KTM North America, Inc. or Green Building Technologies, Inc.

5.  The Court **DECLARES** that Plaintiff owes no duty to indemnify KTM North America, Inc.; Craig Behl; Charisse Wells; or Green Building Technologies, Inc.

6.  The Court **ORDERS** Defendant Green Building Technologies, Inc. to pay Plaintiff's defense fees and costs in the amount of $3,778.50.

**IT IS SO ORDERED.**

Dated:  June 26, 2026

Honorable Jesus G. Bernal
United States District Judge